The People of the State of New York on the Complaint of Sylvia Sand-lofer, Respondent, v. Abraham Sandlofer, Appellant.— Order of Domestic Relations Court of the City of New York, Family Court, County of Bronx, directing defendant to pay the sum of seventy-five dollars per month for the support and maintenance of the respondent and their three children, and to post a bond in the sum of $750 to secure the payment thereof, unanimously affirmed. No opinion. The defendant should make his application to the Domestic Relations Court forthwith for an adjusted award to be made upon his present pension from the United States government. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Clayton T. A. French, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Clifton G. A. French, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Robert Morgan McGauley, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Joseph Baruch Sussman, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Harry M. Overstreet v. Francis B. Sanford, as Committee of the Property of Fanny R. M. Hitchcock, an Incompetent Person, and Fanny R. M. Hitch-cock.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of Albert Godde Bedin, Inc., against Her-man Beispel, Inc., for an Order Confirming the Award of the Arbitrators Herein. — Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Unter-myer, JJ.

Joseph Burnetti v. Indemnity Insurance Company of North America.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Abraham Werbelovsky v. Theodore Gutman and Another, Impleaded, etc. — Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for an extension of time to answer granted in so far as to extend defendants' time to answer until ten days after service of order upon payment of said costs and the costs awarded to the respondent by the order of this court entered November 29, 1935. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

Charles Koenigsberg v. Bronxdale Swimming Pool, Inc. (Amended During Trial to " The Stores Building Company, Inc.").— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Metropolitan Life Insurance Company v. The Chase National Bank of the City of New York and The Dunbar National Bank of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.